# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | Case Number:  DR:15-M -03342(1) |
| § | |
| (1) Michael Anthony Garcia § | |
| *Defendant* | |

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Michael Anthony Garcia, a hearing was set for April 28, 2015.

Rogelio Martin Munoz was appointed to represent the defendant.  On April 27, 2015, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney and the defendant waiving the hearings and the right to contest the Government's motion.

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED on 27th day of April, 2015.

_____
VICTOR ROBERTO GARCIA
U.S. MAGISTRATE JUDGE